# Third District Court of Appeal

## State of Florida

Opinion filed March 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1413
Lower Tribunal No. F03-11351B
_____

**Shaun Frederick,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Shaun Frederick, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.